**IT IS ORDERED as set forth below:**



**Date: September 30, 2022**

_____

**Paul W. Bonapfel
U.S. Bankruptcy Court Judge**

_____

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 22-56194-PWB |
| ELEYSIA MARIE REYNOLDS and LEQUAN DEJUAN REYNOLDS, | |
| | CHAPTER 7 |
| Debtors. | |

### ORDER

The Debtors' chapter 7 case was dismissed on September 6, 2022, due to the failure to file necessary documents and cure filing deficiencies. On September 8, 2022, the Debtors filed a motion to reconsider the dismissal order. The Debtors contemporaneously filed some, but not all, of the missing documents. The Statement

of Financial Affairs, Schedules A/B, D. E/F, G, and H, and the Summary of Assets and Liabilities remain unfiled.

A motion for reconsideration serves a "limited function to correct manifest errors of law or fact or to present newly discovered evidence." *In re Ionosphere Clubs, Inc.*, 103 B.R. 501, 503 (Bankr. S.D.N.Y. 1989).

Because the Debtors have not cured all the filing deficiencies, no ground exists for vacating the dismissal order. Accordingly, it is

ORDERED that the Debtors' motion to reconsider the order of dismissal is denied without prejudice to the Debtors' right to file another bankruptcy case, assuming they meets all other relevant statutory requirements.

The Clerk is directed to serve copies of this Order on the Debtors and parties in interest.

**END OF ORDER**